**EXHIBIT A.**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 06 2019 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
HSIEH a/k/a Ruby Hsieh *et al.*

                Plaintiff,

v.

REVIVE NAIL SPA CORP. d/b/a Revive Nails & Spa *et al.*

                Defendants.
----------------------------------------------------------x

Case No. 17-cv-07598

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action. *The Court approves the settlement, finding it fair and reasonable*

TROY LAW, PLLC
*Attorneys for the Plaintiff*

By: /s/ John Troy
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel: 718 762 1324

ALI LAW GROUP, P.C.
*Attorneys for Defendants*

/s/ Sima A. Ali
Sima A. Ali, Esq.
11 Prospect Street, Suite 1a
Huntington, NY 11743
Tel: 6314233440

SO ORDERED.
/s/ (JMA)
Joan M. Azrack
U.S. District Judge

Date: 2/6/19
Central Islip, NY